UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60296-CIV-COHN/SELTZER

JAY M. JAGTIANI,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Reconsideration and Motion for New Trial [DE 18]. Plaintiff's Motion requests that the Court reconsider its August 28, 2009 Order Adopting Report and Recommendation [DE 17] which dismissed Plaintiff's Complaint as barred by the applicable statute of limitations. The Court has considered Plaintiff's Motion, the record in this case and is otherwise advised in the premises.

"'The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.'" Z.K. Marine Inc. v. M/V Archigetis, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992) (quoting Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985)). "A motion for reconsideration should not be used as a vehicle to present authorities available at the time of the first decision or to reiterate arguments previously made[.]" Id. "In order to reconsider a judgment there must be a reason why the court should reconsider its prior decision, and the moving party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision."

Association For Disabled Americans, Inc. v. Amoco Oil Co., 211 F.R.D. 457, 477 (S.D. Fla. 2002). Plaintiff's Motion fails to meet this standard.

In the Motion, Plaintiff asserts that the Court "did not consider the evidence provided by the Plaintiff" in support of Plaintiff's argument that he did not receive notice of the Appeals Council's decision to deny his request for review until after January 24, 2009. DE 18 at 1. This is not the case. Both this Court and United States Magistrate Judge Seltzer considered the evidence submitted by Plaintiff. However, Plaintiff's evidence was found to be insufficient to rebut the presumption that Plaintiff received notice of the Appeals Council's decision by December 21, 2009. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration [DE 18] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of September, 2009.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of record